UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAVAROS DAVIS,
    Plaintiff,

v.                                  CASE NO. 3:20cv5935-MCR-HTC

MARK INCH, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 14, 2021. ECF Doc. 9. Plaintiff was furnished with a copy of the Report and Recommendation and was afforded an opportunity to file an objection pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 9, is adopted and incorporated by reference in this Order.

Case No.: 3:20cv5935-MCR-HTC

2. Plaintiff's claims against defendants Mark Inch, Warden Clemmons, A. Flores, J. Santiago, Nurse Dow (sic), Nurse Sing, and Dr. Rodriguez are DISMISSED under 28 U.S.C. § 1915A(b)(1) for failure to state a claim on which relief can be granted.

3. Judgment is entered in favor of defendants Mark Inch, Warden Clemmons, A. Flores, J. Santiago, Nurse Dow (sic), Nurse Sing, and Dr. Rodriguez on all claims.

4. The case is remanded to the magistrate judge for further pretrial proceedings.

**DONE AND ORDERED** this 10th day of June 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:20cv5935-MCR-HTC