9-13-21

PROVIDED TO
SANTA ROSA C.I. ON

SEP 14 2021
LD
FOR MAILING BY

LAVAROS DAVIS

PLAINTIFF,

V.

SGT. DANIELS
~~[redacted]~~, et al.,

CASE # 3:20-CV-05935-MCR-HTC

DEFENDANTS.

FILED USDC FLND PN
SEP 16 '21 PM2:41

RESPONES to DEFENDANTS
MOTION TO DISMISS

1) I THE PLAINTIFF HAS FOLLOW ALL OF THE GRIEVANCE PROCEDURES. IN WOODFORD v. NGO, 548 U.S. 81, 106, 126 S.Ct. 2378 (2006), WOODFORD, 548 U.S. AT 90-91; ACCORD, JONE v. BOCK, 549 U.S. 199, 218, 127 S.Ct. 910 (2007) THE SUPREME COURT HAS HELD THAT THE PLRA EXHAUSTION REQUIREMENT REQUIRES PROPER EXHAUSTION," WHICH DEMANDS COMPLIANCE WITH AGENCY'S DEADLINES AND OTHER CRITICAL PROCEDURAL RULES BECAUSE NO ADJUDICATIVE SYSTEM CAN FUNCTION EFFECTIVELY WITHOUT IMPOSING SOME ORDERLY STRUCTURE ON THE COURSE OF ITS PROCEEDINGS.

2) LISA VAUGHN SIGN A DECLARATION THAT SHE HAS VIEWED MY FILE FOR ANY INFORMAL OR FORMAL GRIEVANCES FILED DURING THE PERIOD OF AUGUST 6, 2020 THROUGH NOVEMBER 3, 2020. SHE LISA VAUGHN STATED THAT I THE PLAINTIFF HAS NO APPROVED INFORMAL OR FORMAL GRIEVANCES RELATED TO AN INCIDENT OCCURRING ON 8-6-20 IN HIS FILE.

(3) LISA VAUGHN ALSO STATES THAT, THE FOREGOING FACTS ARE KNOWN BY HER TO BE TRUE AND CORRECT BASED UPON HER REVIEW OF THE RECORDS. (4) THIS IS A FALSE STATEMENT BY LISA VAUGHN, ATTACH TO THIS RESPONES IS BOTH COPIES TO MY INFORMAL & FORMAL GRIEVANCES AND RESPONES THAT

WAS APPROVED GRIEVANCE BY USE TO BE WARDEN WALKER CLEMMONS AND IT STATES THAT MY GRIEVANCE WAS APPROVED.

(5) LET IT BE NOTED THAT LISA VAUGHN IS A FAMILY MEMBER OF DEFENDANT VAUGHN; ON THE FLORIDA DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE - SEARCH APPEALS RECORDS CAN BE EDIT BY THE D.O.C. EMPLOYEES. THAT SHEET IS ALSO ATTACH TO THIS RESPONES.

(6) MY INFORMAL OR FORMAL GRIEVANCE IS NOT LISTED ON THE SEARCH APPEALS SHEET.

(7) THE DEFENDANTS STATES I THE PLAINTIFF, THAT MY CLAIMS RELATES TO PAST CONDUCT AS I HAS BEEN PLACED "IN CONFINEMENT FOR PROTECTIVE REVIEW BY THE ICT AND BECAUSE HE IS NO LONGER HOUSED AT THE INSTITUTION WHERE THE ALLEGED INCIDENT OCCURRED.

(8) WELL FOR ONE THE PLAINTIFF WAS HOUSE HERE AT SANTA ROSA ANNEX WHEN THE INCIDENT OCCURRED INSIDE THE MENTAL HEALTH DORM; I THE PLAINTIFF WAS ON (CSU) AT THAT TIME CRISIS STABLE UNIT GETTING MENTAL HEALTH TREATMENT; I WAS NEVER PLACE ON PROTECTIVE REVIEW, I AM ON CM CLOSE MANGMENT AT THAT TIME AND WAS PLACE IN CONFINEMENT UNTIL THEY FOUND ROOM ON CM HERE AT SANTA ROSA OR SOMEWHERE ELSE. THEREFORE PLAINTIFF CLAIM SHOULD NOT BE DISMISSED.

### CONCLUSION

WHEREFORE, IN LIGHT OF THE FOREGOING, PLAINTIFF REQUEST THAT HIS CLAIMS NOT BE DISMISSED AS DESCRIBED ABOVE.

RESPECTFULLY SUBMITTED,
PLAINTIFF LAVARCS DAVIS

L. Davis

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

135-2008-4164

Mail Number: _____
Team Number: 13
Institution: SANTA ROSA ANNEX

| TO: (Check One) | ☐ Warden ☑ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☐ Other ____ |
|---|---|---|---|---|

| FROM: | Inmate Name LAVARUS DAVIS | DC Number M63150 | Quarters Q-2116 | Job Assignment | Date 8-9-20 |
|---|---|---|---|---|---|

**REQUEST** Check here if this is an informal grievance ☑

ON 8-6-20 At AROUND 3 SOMETHING IN THE MORNING THE (LT) FORCE THE CELL EXTRACTION TEAM ON ME, BY REFUSING TO OPEN THE FLAP AFTER HE ASK ME, AM I GOING TO CUFF UP AND I STATED "YES" BUT TO NO AVAIL DID HE OPEN THE FLAP FOR ME TO PLACE MY HANDS INSIDE THE BOX. WHEN THE OFFICERS CAME IN MY CELL "OFFICER VAUGH" WAS PUNCHING IN MY HEAD, BEATING MY HEAD AGAINTS THE FLOOR WHILE "OFFICER NEWCOME" USE THE HANDCUFF OR SHACKIES TO REPEATLY BEAT MY RIGHT HAND AND LEFT ELBOW WITH THE HANDCUFF OR SHACKIES. THE LT, OFFICER NEWCOME, OFFICER VAUGH, SRAGENT DANIEL, ALONG WITH THE OTHER 2 OFFICERS VIOLATED CH 33-208.002 (RULES OF CONDUCT) #(8), (14), (12), (24), ALONG WITH VIOLATION OF THE CRUEL AND UNUSUAL PUNISHMENT CLAUSE OF THE FEDERAL CONSTITUTION EIGHTH AMENDMENT FOR EXCESSIVE USE OF FORCE. WHEN THESE OFFICERS

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _____ DC#: M63150

13F Nothing
Due up

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**

**RECEIVED**
DATE RECEIVED: AUG 10 2020
BY: _____

YOUR INFORMAL GRIEVANCE HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

THIS INCIDENT IS UNDER REVIEW BY THE USE OF FORCE UNIT OF THE OFFICE OF THE INSPECTOR GENERAL, AS ALL USES OF FORCE ARE. INASMUCH AS IT IS BEING REVIEWED NO ACTION WILL BE TAKEN AT THIS TIME. ANY FURTHER INQUIRIES CONCERNING THIS INCIDENT SHOULD BE SUBMITTED AS AN INMATE REQUEST TO THE OFFICE OF THE INSPECTOR GENERAL.

BASED ON THE ABOVE INFORMATION, YOUR GRIEVANCE IS DENIED.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ . (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): | Official (Signature): | Date: 8/17/20 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

PART 2 GRIEVANCE

MALICIOUSLY AND SADISTICALLY TO CAUSE ME HARM BY BEATING ME MY HEAD AGAINST THE FLOOR; PUNCHING ALL IN MY HEAD WHILE MY RIGHT HAND AND LEFT ELBOW WAS MALICIOUSLY BEAT WITH HAND CUFFS OR SHACKLES. ▬▬ OFFICER VAUGH; OFFICER NEWCOME INFLICTED ME WITH UNNECESSARY AND WANTON PAIN. THESE ACTIONS HAS ▬▬▬ CAUSE ME PAIN; MY RIGHT HAND IS SWOLLEN AND MIGHT BE DAMAGE, ALONG WITH MY LEFT ELBOW HURTING FOR X-RAYS MY HEAD BE HURTING AND SOMETIMES I BE DIZZY.

( REMEDY SOUGHT )

I'M REQUESTING THAT THE ASST. WARDEN OF MENTAL HEALTH INVESTIGATE THIS MATTER AT HAND; REMOVE ME FROM THIS CELL WHICH IS A BLIND SPOT OR THIS DORM. OR REMOVE THE LT, OFFICERS THAT LISTEN IN THIS GRIEVANCE.

L. Dukes M63180

## PART B - RESPONSE

| DAVIS, LAVAROS | M63150 | 2008-135-133 | SANTA ROSA C.I. | F1121S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

THIS GRIEVANCE IS BEING RETURNED TO YOU WITHOUT FURTHER PROCESSING IN ACCORDANCE WITH CHAPTER 33-103.014(1)(M) IN THAT THIS ISSUE WAS PREVIOUSLY ADDRESSED AND REPORTED TO THE OFFICE OF THE INSPECTOR GENERAL IN RELATION TO GRIEVANCE #2008-135-103. YOUR ALLEGATIONS WERE REPORTED TO THE INSPECTOR GENERAL.

THESE ALLEGATIONS AGAINST STAFF HAVE BEEN REPORTED TO THE OFFICE OF THE INSPECTOR GENERAL, INCORPORATED IN THE SAME REPORT AS THE ABOVE LISTED <u>APPROVED GRIEVANCE</u>.

A. FLORES                           WALKER CLEMMONS, WARDEN

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE 9-9-20

SEP 10 2020

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden  ☐ Assistant Warden  ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Davis / Lavaros / J  —  M63150  —  Santa Rosa Annex
Last / First / Middle Initial  —  DC Number  —  Institution

### Part A – Inmate Grievance

2-008-135-133

ON 8-6-20 AT AROUND 3 SOMETHING IN THE MORNING THE (LT) FORCE THE CELL EXTRACTION TEAM ON ME, BY REFUSING TO OPEN THE FLAP AFTER HE ASK ME, AM I GOING TO CUFF UP AND I STATED "YES" BUT TO NO AVAIL DID HE OPEN THE FLAP FOR ME TO PLACE MY HANDS INSIDE THE BOX. WHEN THE OFFICERS CAME IN MY CELL "OFFICER VAUGH" WAS PUNCHING ME IN MY HEAD, BEATING MY HEAD AGAINTS THE FLOOR WHILE OFFICER NEWCOME USE THE HANDCUFFS OR SHACKIES TO REPEATLY BEAT MY RIGHT HAND AND LEFT ELBOW WITH THE HANDCUFF OR SHACKIES. THE "LT" OFFICER NEWCOME, OFFICER VAUGH, SERGEANT DANIEL ALONG WITH THE OTHER 2 OFFICERS THAT WAS THE TEAM VIOLATED CH 33-208.002 #(8)(14), RULES OF CONDUCT (12),(24), ALONG WITH VIOLATION OF THE CRUEL AND UNUSUAL PUNISHMENT CLAUSE OF THE FEDERAL CONSTITUTIONS EIGHT AMENDMENT FOR EXCESSIVE USE OF FORCE. WHEN THESE OFFICERS MALICIOUSLY AND SADISTICALLY TO CAUSE ME HARM BY BEATING MY HEAD AGAINTS THE FLOOR, PUNCHING ME ALL IN MY HEAD WHILE MY RIGHT HAND AND LEFT ELBOW WAS MALICIOUSLY BEAT WITH HAND CUFFS OR SHACKIES. OFFICER VAUGH, OFFICER NEWCOME INFLICTED ME WITH UNNECESSARY AND WANTON PAIN. THESE ACTIONS HAS CAUSE ME PAIN AND MY RIGHT HAND IS SWOLLEN AND MIGHT BE DAMAGE. ALONG WITH MY LEFT ELBOW WAITING FOR X-RAYS. MY HEAD BE HURTING AND SOMETIMES I BE GETTING DIZZY.

(REMEDY SOUGHT)

I'M REQUESTING THAT THE AST. WARDEN OF MENTAL HEALTH INVESTIGATE THIS MATTER AT HAND, REMOVE ME FROM THIS CELL WHICH IS A BLIND SPOT OR THIS DORM. OR REMOVE THE "LT", OFFICERS THATS LISTEN IN THIS GRIEVANCE.

8-19-20
DATE

SIGNATURE OF GRIEVANT AND D.C. # — M63150

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0 / 1

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the Inmate on: _____ (Date)    Institutional Mailing Log #: _____    (Received By)

RECEIVED
AUG 2 4 2020

DISTRIBUTION:
INSTITUTION/FACILITY — INMATE (2 Copies) — INMATE'S FILE — INSTITUTIONAL GRIEVANCE FILE
CENTRAL OFFICE — INMATE — INMATE'S FILE - INSTITUTION/FACILITY — CENTRAL OFFICE INMATE FILE — CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| DAVIS, LAVAROS | M63150 | 2008-135-103 | SANTA ROSA C.I. | F1121S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

THE ISSUE OF YOUR COMPLAINT HAS BEEN REFERRED TO THE INVESTIGATIVE SECTION OF THE OFFICE OF THE INSPECTOR GENERAL FOR APPROPRIATE ACTION. UPON COMPLETION OF NECESSARY ACTION, INFORMATION WILL BE PROVIDED TO APPROPRIATE ADMINISTRATORS FOR FINAL DETERMINATION AND HANDLING.

AS ACTION HAS BEEN INITIATED, YOU MAY CONSIDER YOUR APPEAL APPROVED FROM THAT STANDPOINT ONLY.

FUTURE INQUIRIES CONCERNING THESE ALLEGATIONS SHOULD BE ADDRESSED TO THE INSTITUTIONAL INSPECTOR BY SUBMITTING A DC6-236, INMATE REQUEST.

A. FLORES                                       WALKER CLEMMONS, WARDEN

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE 9-1-20 |

SEP 0 2 2020

# FLORIDA DEPARTMENT OF CORRECTIONS
## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☒ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| DAVIS | LAVAROS | J | M63150 | SANTA ROSA ANNEX |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

### Part A – Inmate Grievance       2008-135-103

EMERGENCY RETALIATION GRIEVANCE

I LAVAROS DAVIS M63150 IS FILING THIS EMERGENCY GRIEVANCE OF RETALIATION, BASE OFF THE "LT"; OFFICER VAUGH, OFFICER NEWCOME, SERGENT DANIEL, AND THE OTHER 2 OFFICERS OR SERGENTS THAT WAS PART OF THE CELL EXTRATION TEAM; THE EXCESSIVE PHYSICAL FORCE THAT WAS USE MALICIOUSLY AND SADISTICALLY TO CAUSE ME HARM.

ON 8-8-20 THE LT. OF THAT NIGHT CAME CELL FRONT OF Q-2116 WITH THE CELL EXTRATION TEAM AND ASK ME IF I'M GONE CUFF UP, I STATED YES SIR. HE THEN TOLD ME TO PLACE MY HANDS INSIDE THE BOX, BUT HE NEVER OPEN THE FLAP SO I CAN PLACE MY HANDS INSIDE THE BOX. I STATED TO HIM OPEN THE FLAP, BUT TO NO AVIAL DID HE OPEN THE FLAP SO I CAN PLACE MY HANDS INSIDE THE BOX. HE THEN STATED AT THIS TIME INMATE DAVIS REFUSE TO CUFF UP. MY 2116 CELL DOOR WAS OPEN AND I LEAN MY BODY OUT THE ROOM; AT THAT TIME OFFICER VAUGH STARTED PUNCHING ME IN THE HEAD; I [redacted] BACK INTO THE ROOM. OFFICER VAUGH THEN STARTED TO RAM [redacted] GAINTS THE FLOOR, WHILE OFFICER NEWCOME AND SERGENT DANIELS BEAT MY RIGHT HAND AND LEFT ELBOW WITH THE HAND CUFFS AND SHACKLES. I HAD BLOOD DRIPING ALL DOWN MY HEAD, SO LT TOLD THEM TO GO GET A SPIT SHEILD TO COVER MY FACE. FURTHER MORE, THE LT; SERGENT DANIELS, OFFICER VAUGH, OFFICER NEWCOME; THE OTHER 2 OFFICERS THAT WAS ON THE TEAM ARE IN DIRECT VIOLATION OF (33-208-002) (RULES OF CONDUCT) #(8) NO EMPLOYEE SHALL WILLFULLY OR NEGLIGENTLY TREAT AN INMATE IN A CRUEL OR INHUMAN MANNER. ALSO 33-208-002 #(2)(4),#(14),#(24) - EVERY EMPLOYEE HAS THE RESPONSIBILITY TO PROTECT AND SAFEGUARD DEPARTMENT OF CORRECTIONS PROPERTY OF INMATES AND EMPLOYEES. THEY ALSO IN DIRECT VIOLATION OF THE CRUEL AND UNUSUAL PUNISHMENT CLAUSE OF THE FEDERAL CONSTITUTION'S EIGHT AMENDMENT BASE ON EXCESSIVE USE OF FORCE. THESE OFFICERS HAVE CAUSE ME PAIN, I BEEN HAVING PAIN ALL IN MY HEAD, HAND, LEFT ELBOW.

(REMEDY SOUGHT) I'M REQUESTING THAT THE "LT", SERGENT DANIELS, OFFICER NEWCOME, OFFICER VAUGH; THE OTHER 2 OFFICERS BE REMOVE FROM THIER POST; THAT THIS INSIDENT BE FORWARD TO THE OFFICE OF INSPECTOR GENERAL FOR FURTHER INVESTIGATION.

| 8-12-20 | | _L. Davis_ M63150 |
|---|---|---|
| DATE | | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: __0__ / _____
                                                                        #        Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached

Search Appeals Records - Inmate Grievance   Page 1 of 2
Case 3:20-cv-05935-MCR-HTC   Document 33   Filed 09/16/21   Page 9 of 13
Case 3:20-cv-05935-MCR-HTC   Document 25-2   Filed 07/23/21   Page 1 of 4

# Florida Department of Corrections
# Inmate Grievance

Home | Formal Grievance | Informal Grievance | Appeal | Reports

## Search Appeals Records

### Search Criteria

**Case Number**

**Disposition**

**Inmate Number**
m63150

**Inmate Name**

**Beginning Incident Date**

**Ending Incident Date**

**Beginning Received Date**
06/01/2020

**Ending Received Date**

**Beginning Disposition Date**

**Ending Disposition Date**

**MINS Number**

**Subject**

**Facility**

☐ Emergency  ☐ Chemical Used?  ☐ Direct File

**Class Code**

Search   Cancel

### Search Results

| Case Number | Inmate Name | Class Code | Received Date | Responded | Mailed | Disposition | | |
|---|---|---|---|---|---|---|---|---|
| 20-6-23975 | DAVIS, LAVAROS (M63150) | 07H - INADEQUATE TREATMENT (MEDICAL) | 2020-07-07 | 2020-07-10 | 2020-07-15 | RETURNED | Edit | Details |
| 20-6-24939 | DAVIS, LAVAROS (M63150) | 07A - GENERAL MEDICAL (MEDICAL) | 2020-07-10 | 2020-07-17 | 2020-07-22 | RETURNED | Edit | Details |
| 20-6-27921 | DAVIS, LAVAROS (M63150) | 07C - MENTAL HEALTH INPATIENT (MEDICAL) | 2020-08-05 | 2020-08-12 | 2020-08-14 | RETURNED | Edit | Details |
| 20-6-28117 | DAVIS, LAVAROS (M63150) | 10A - PHYSICAL ABUSE (COMPLNTS) | 2020-08-05 | 2020-08-14 | 2020-08-19 | APPROVED | Edit | Details |

WRONG WRONG WRONG ↑

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20-6-29501 | DAVIS, LAVAROS (M63150) | 07A - GENERAL MEDICAL (MEDICAL) | 2020-08-19 | 2020-08-26 | 2020-08-28 | RETURNED | Edit | Details |
| 20-6-29730 | DAVIS, LAVAROS (M63150) | 07G - MEDICATION ISSUES (MEDICAL) | 2020-08-20 | 2020-11-02 | 2020-11-04 | DENIED | Edit | Details |
| 20-6-32372 | DAVIS, LAVAROS (M63150) | 07H - INADEQUATE TREATMENT (MEDICAL) | 2020-09-09 | 2020-09-18 | 2020-09-23 | RETURNED | Edit | Details |
| 20-6-32373 | DAVIS, LAVAROS (M63150) | 07H - INADEQUATE TREATMENT (MEDICAL) | 2020-08-27 | 2020-09-18 | 2020-09-23 | RETURNED | Edit | Details |
| 20-6-33792 | DAVIS, LAVAROS (M63150) | 07H - INADEQUATE TREATMENT (MEDICAL) | 2020-09-29 | 2020-12-21 | 2020-12-23 | DENIED | Edit | Details |
| 20-6-35189 | DAVIS, LAVAROS (M63150) | 07E - MEDICAL PASSES (MEDICAL) | 2020-10-07 | 2020-12-30 | 2021-01-06 | DENIED | Edit | Details |
| 20-6-35329 | DAVIS, LAVAROS (M63150) | 07U - MOBILITY ISSUES (MEDICAL) | 2020-10-13 | 2021-01-26 | 2021-01-29 | DENIED | Edit | Details |
| 20-6-38002 | DAVIS, LAVAROS (M63150) | 07H - INADEQUATE TREATMENT (MEDICAL) | 2020-11-02 | 2020-12-30 | 2021-01-06 | DENIED | Edit | Details |
| 20-6-38295 | DAVIS, LAVAROS (M63150) | 07E - MEDICAL PASSES (MEDICAL) | 2020-11-02 | 2021-01-26 | 2021-01-29 | DENIED | Edit | Details |
| 21-6-05520 | DAVIS, LAVAROS (M63150) | 13H - MORE THAN ONE ISSUE (MISC) | 2021-02-16 | 2021-02-22 | 2021-02-24 | RETURNED | Edit | Details |
| 21-6-09844 | DAVIS, LAVAROS (M63150) | 13H - MORE THAN ONE ISSUE (MISC) | 2021-03-31 | 2021-04-05 | 2021-04-07 | RETURNED | Edit | Details |
| 21-6-10997 | DAVIS, LAVAROS (M63150) | 10G - IMPROPER CONDUCT (COMPLNTS) | 2021-04-13 | 2021-04-16 | 2021-04-21 | RETURNED | Edit | Details |
| 21-6-11006 | DAVIS, LAVAROS (M63150) | 10G - IMPROPER CONDUCT (COMPLNTS) | 2021-04-13 | 2021-04-16 | 2021-04-21 | RETURNED | Edit | Details |
| 21-6-14084 | DAVIS, LAVAROS (M63150) | 05D - GENERAL POLICY (DISCPLN) | 2021-05-10 | 2021-05-20 | 2021-05-26 | DENIED | Edit | Details |
| 21-6-15438 | DAVIS, LAVAROS (M63150) | 11A - LOSS (PERS PROP) | 2021-05-24 | 2021-06-07 | 2021-06-11 | DENIED | Edit | Details |
| 21-6-15906 | DAVIS, LAVAROS (M63150) | 11A - LOSS (PERS PROP) | 2021-06-01 | 2021-06-07 | 2021-06-09 | RETURNED | Edit | Details |

1 **2**

**21 Records Found**

CONFIDENTIALITY NOTICE: The information in this application is for the sole use of the authorized user of this application, and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited, and may violate state and federal law.

# Florida Department of Corrections
## Inmate Grievance

Home | Formal Grievance | Informal Grievance | Appeal | Reports

## Search Appeals Records

### Search Criteria

**Case Number**

**Disposition**

**Inmate Number**
m63150

**Inmate Name**

**Beginning Incident Date**

**Ending Incident Date**

**Beginning Received Date**
06/01/2020

**Ending Received Date**

**Beginning Disposition Date**

**Ending Disposition Date**

**MINS Number**

**Subject**

☐ Emergency  ☐ Chemical Used?  ☐ Direct File

**Facility**

**Class Code**

Search   Cancel

### Search Results

| Case Number | Inmate Name | Class Code | Received Date | Responded | Mailed | Disposition | | |
|---|---|---|---|---|---|---|---|---|
| 21-6-18662 | DAVIS, LAVAROS (M63150) | 10B - THREATS BY STAFF (COMPLNTS) | 2021-06-28 | | | | Edit | Details |

1 2

21 Records Found

https://fdcapps3/InmateGrievance/SearchAppeal.aspx

7/2/2021

Case 3:20-cv-05935-MCR-HTC Document 253 Filed 09/16/21 Page 12 of 13

Search Appeals Record Search Grievance Page 4 of 4 Page 2 of 2
Case 3:20-cv-05935-MCR-HTC Document 233 Filed 07/23/21 Page 4 of 4

CONFIDENTIALITY NOTICE: The information in this application is for the sole use of the authorized user of this application, and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited, and may violate state and federal law.

Lavaros Davis M63150
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, Fl 32583-7914

RECEIVED

US District Court
Northern District of Florida
1 North Palafox Street
Pensacola, Fl 32502