10-11-21

LAVAROS DAVIS
    PLAINTIFF,

V.                      CASE # 3:20-CV-05935-MCR-HTC

MARK INCH, et al.,
DEFENDANTS.
_____/

PLAINTIFF MOTION TO REPLY
TO DEFENDANTS REPLY TO PLAINTIFF REPLY

STATEMENT OF MATERIAL FACTS

1) PLAINTIFF IS REPLYING TO THE (DEFENDANTS REPLY TO PLAINTIFF RESPONSE TO MOTION TO DISMISS) I THE PLAINTIFF IS FILING THIS (URGENTLY) DUE TO THE DEFENDANTS MOTION MISS LEADING THE COURTS. (2) STATING THAT I THE PLAINTIFF FILED A FORMAL GRIEVANCE LOG 2008-135-103 THAT RAISE ALLEGATIONS REGARDING AN INCIDENT ON AUGUST 8, 2020, DEFENDANTS FURTHER STATES THAT FORMAL GRIEVANCE MADE ABSOLUTELY NO MENTION OF, AND CONSEQUENTLY DID NOT PUT THE DEPARTMENT ON NOTICE OF, ANY INCIDENT ON AUGUST 6, 2020, WHICH IS THE SUBJECT OF PLAINTIFFS COMPLAINT. (3) PLAINTIFF SENT THE COPIES OF OF THAT FORMAL GRIEVANCE OF LOG# 2008-135-103 ¦ INFORMAL GRIEVANCE LOG# 135-2008-0164 TO THE COURTS THAT I DID EXHAUST ALL AVAILABLE ADMINISTRATIVE REMEDIES AND PLACE THE DEPARTMENT ON NOTICE. (4) FURTHERMORE ATTACH TO THIS MOTION IS EXHIBIT(A) 2 OF 2 OF FORMAL GRIEVANCE LOG# 2008-135-103 ¦ RESPONSE TO EXHIBIT(A) OF FORMAL GRIEVANCE LOG# 2008-135-103.

(5) THAT GRIEVANCE STARTS OFF BY STATING, I LAVAROS DAVIS M63150 IS FILING THIS EMERGENCY GRIEVANCE OF RETALIATION, BASE OFF "LT" ¦ OFFICER VAUGH, OFFICER NEWCOME, SERGENT DANIEL, AND THE OTHER 2 OFFICERS OR SERGENTS THAT WAS PART OF THE CELL EXTRATION TEAM ¦ THE EXCESSIVE PHYSICAL FORCE THAT WAS USE MALICIOUSLY AND SADISTICALLY TO CAUSE ME HARM. (6) THEN THE PLAINTIFF STATES ON 8-6-20 THE LT OF THAT NIGHT CAME CELL FRONT OF Q-2116 WITH THE CELL EXTRATION TEAM

FILED USDC FLND PN
OCT 14 '21 PM2:07

THEREFOR THE DEFENDENTS HAS PERJURE AND HAS MISLEAD THE COURTS, BY STATING, THAT ON AUGUST 12, 2020, PLAINTIFF FILED FORMAL GRIEVANCE LOG 2008-135-103 RAISING ALLEGATIONS REGARDING AN INCIDENT ON AUGUST 8, 2020.

(7) THE PLAINTIFF'S EXHIBIT(A) FORMAL GRIEVANCE LOG 2008-135-103 WHICH THE PLAINTIFF CLEARLY STATES THAT ON 8-6-20 THE DATE THAT I WAS BEATING WITH EXCESSIVE PHYSICAL FORCE THAT THE DEFENDANTS MALICIOUSLY AND SADISTICALLY CAUSE ME HARM. SEE EXHIBIT(A) @ 1OF 2, 2OF 2 THATS ATTACH TO THIS MOTION

### CONCLUSION

WHEREFORE, FOR THE FOREGOING REASONS, PLAINTIFF RESPECTFULLY REQUEST THIS COURT REVIEW THE GRIEVANCES THAT THE PLAINTIFF PREVIOUSLY SENT TO THE COURTS ? THAT THE COURTS DENIE THE DEFENDANTS MOTION TO DISMISS.

RESPECTFULLY SUBMITTED,
LAVAROS DAVIS, PLAINTIFF

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

Exhibit (A) 1 of 2

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

DAVIS          LAVAROS             J            M63150           SANTA ROSA ANNEX
Last           First      Middle Initial        DC Number        Institution

Grievance Part A – Inmate Grievance

EMERGENCY RETALIATION                                     2008-135-103

I LAVAROS DAVIS M63150 IS FILING THIS EMERGENCY GRIEVANCE OF RETALIATION, BASE OFF THE "LT"; OFFICER VAUGH, OFFICER NEWCOME, SERGENT DANIEL, AND THE OTHER 2 OFFICERS OR SERGENTS THAT WAS PART OF THE CELL EXTRATION TEAM; THE EXCESSIVE PHYSICAL FORCE THAT HAS USE MALICIOUSLY AND SADISTICALLY to CAUSE ME HARM. ON 8-8-20 THE LT. OF THAT NIGHT CAME CELL FRONT OF Q-2116 WITH THE CELL EXTRATION TEAM AND ASK ME IF I'M GONE CUFF UP, I STATED YES SIR. HE THEN TOLD ME TO PLACE MY HANDS INSIDE THE BOX, BUT HE NEVER OPEN THE FLAP SO I CAN PLACE MY HANDS INSIDE THE BOX. I STATED TO HIM OPEN THE FLAP, BUT TO NO AVIAL DID HE OPEN THE FLAP SO I CAN PLACE MY HANDS INSIDE THE BOX. HE THEN STATED AT THIS TIME INMATE DAVIS REFUSE TO CUFF UP. MY CELL DOOR Q2116 WAS OPEN AND I LEAN MY BODY OUT THE ROOM; AT THAT TIME OFFICER VAUGH STARTED PUNCHING ME IN THE HEAD; I WAS DRAG ALL THE WAY BACK INTO THE ROOM. OFFICER VAUGH THEN STARTED TO BAM MY HEAD REPEATLY AGAYNST THE FLOOR, WHILE OFFICER NEWCOME AND SERGENT DANIELS BEAT MY RIGHT HAND AND LEFT ELBOW WITH THE HAND CUFFS AND SHACKLES. I HAD BLOOD DROPING ALL DOWN MY HEAD, SO LT TOLD THEM TO GO GET A SPIT SHEID TO COVER MY FACE. FURTHER MORE, THE LT; SERGENT DANIELS, OFFICER VAUGH, OFFICER NEWCOME; THE OTHER 2 OFFICERS THAT HAS ON THE TEAM ARE IN DIRECT VIOLATION OF (33-208.002 RULES OF CONDUCT) #(5) NO EMPLOYEE SHALL WILLFULLY OR NEGLIGENTLY TREAT AN INMATE IN A CRUEL OR INHUMAN MANNER. ALSO #(4)(14),#(14),#(24) 33-209.002 - EVERY EMPLOYEE HAS THE RESPONSIBILITY TO PROTECT AND SAFEGUARD DEPARTMENT OF CORRECTIONS PROPERTY OF INMATES AND EMPLOYEES. THEY ALSO IN DIRECT VIOLATION OF THE CRUEL AND UNUSUAL PUNISHMENT CLAUSE OF THE FEDERAL CONSTITUTION'S EIGHT AMENDMENT BASE ON EXCESSIVE USE OF FORCE. THESE OFFICERS HAVE CAUSE ME PAIN. I BEEN HAVING PAIN ALL IN MY HEAD, HAND, ¦ LEFT ELBOW. (REMEDY SOUGHT) I'M REQUESTING THAT THE "LT", SERGENT DANIELS, OFFICER NEWCOME, OFFICER VAUGH; THE OTHER 2 OFFICERS BE REMOVE FROM THIER POST; THAT THIS INSINDENT BE FORWARD TO THE OFFICE OF INSPECTOR GENERAL FOR FURTHER INVESTIGATION.

8-12-20
DATE

SIGNATURE OF GRIEVANT AND D.C. #
L. Davis M63150

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: _0_ / _____
# Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____ Institutional Mailing Log #: _____

RECEIVED
AUG 13 2020
DISTRIBUTION
BY: ..................

DISTRIBUTION:
INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

CENTRAL OFFICE
INMATE
INMATE'S FILE - INSTITUTION/FACILITY
CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

28

DC1-303 (Effective 11/13)
Incorporated by Reference in Rule 33-103.006, F.A.C.

10H Nousiainen

## PART B - RESPONSE

| DAVIS, LAVAROS | M63150 | 2008-135-103 | SANTA ROSA C.I. | F1121S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

THE ISSUE OF YOUR COMPLAINT HAS BEEN REFERRED TO THE INVESTIGATIVE SECTION OF THE OFFICE OF THE INSPECTOR GENERAL FOR APPROPRIATE ACTION. UPON COMPLETION OF NECESSARY ACTION, INFORMATION WILL BE PROVIDED TO APPROPRIATE ADMINISTRATORS FOR FINAL DETERMINATION AND HANDLING.

AS ACTION HAS BEEN INITIATED, YOU MAY CONSIDER YOUR APPEAL APPROVED FROM THAT STANDPOINT ONLY.

FUTURE INQUIRIES CONCERNING THESE ALLEGATIONS SHOULD BE ADDRESSED TO THE INSTITUTIONAL INSPECTOR BY SUBMITTING A DC6-236, INMATE REQUEST.

A. FLORES                                      WALKER CLEMMONS, WARDEN

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 9-1-20 DATE

SEP 0 2 2020

28
29.

LAZARUS DAVIS M63150
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, Fl 32583-7914

LEGAL MAIL

US DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
1 NORTH PALAFOX STREET
PENSACOLA, Fl 32502