UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAVAROS DAVIS,

    Plaintiff,

v.                                           Case No. 3:20cv5935-MCR-HTC

SGT. DANIELS, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on October 26, 2021 (ECF No. 39), recommending the motion be DENIED in part because Plaintiff properly exhausted his administrative remedies and GRANTED in part as to Plaintiff's declaratory relief and Fourteenth Amendment claims.  The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There were no timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:20cv5935-MCR-HTC

Accordingly, it is **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (ECF No. 39) is adopted and incorporated by reference in this Order.

2. Defendants' Motion to Dismiss (ECF Doc. 25) is DENIED in part and GRANTED in part.

3. Plaintiff's Fourteenth Amendment claims and claims for declaratory relief are DISMISSED.

**DONE AND ORDERED** this 2nd day of December 2021.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**