PROVIDED TO
SANTA ROSA C.I. ON
MAR 03 2022
FOR MAILING BY
LD

LAVAROS DAVIS
  PLAINTIFF

V.                    CASE # 3:20-CV-5935-MCR-HTC

SGT. DANIELS, et al.,

### NOTICE OF DEFENDANTS CONTINUALY THREATENING ME THROUGH THEIR CO-WORKERS/AGENTS

1) PLAINTIFF IS IN FEAR OF HIS LIFE; WELL BEING, THE PLAINTIFF ALSO IS FEARFUL TO COME OUT HIS CELL AND HAS HIS DOOR JAM SO HIS DOOR CAN NOT OPEN.

2) THE PLAINTIFF HAS BEEN THREATEN BY OFFICER BURNNET ON HIS CELL BACK WINDOW, WHEN HE STATED - LOOK HERE YOU STUPID NIGGER DROP YOUR SUIT OR I'M GONE MAKE SURE YOU GO ON LOCK; STRIP AND DESTROY YOUR LEGAL MAIL. I HAVE WROTE THIS UP; WAITING ON THE RESPONE TO GIVE TO COURT AND TIME DOE I FOREGOT WHAT DAY IT ACTUALLY DATE IT HAPPEN ON BUT IT WAS ON THE BEGING OF FEB OF 2022.

3) MARCH 1, 2022 AT BETWEENS THE TIMES OF 9:05 AM; 12:45 PM OFFICER BURNNET CONTINUALY STOP IN FRONT OF MY CELL DOOR; STARD DIRECTLY AT ME; MUMBLE TO ME SO I ONLY CAN HEAR THAT IF I DON'T DROP MY LAWSUIT HE GONE MAKE SURE I WON'T LEAVE; THEY GONE BURY ME HERE AT SANTA ROSA CI AND I WILL NEVER GO HOME. I ALSO WAITING ON THE RESPONSE TO THAT GRIEVANCE TO.

4) ON MARCH 1, 2022 SERGENT JOHNSON STATED TO ME ON THE BREAKFAST SIDE OF MY CELL DOOR ATHER HE REFUSE ME TO FEED MY BDP BAG AFTER EATING MY FOOD INFRONT OF THE WHOLE WING BETWEEN THE TIMES 5:00 AM; 6:30 AM THAT HE GONE KEEP EATING MY FOOD IF I DON'T DROP MY SUIT.

5) Also on March 1, 2022 at dinner time officer Gonzalez refuse to feed me, then the next day Wednesday March 2, 2022. Gonzalez refuse to feed me again; stated if I don't drop the suit he gone continualy to play with my food. Later on after dinner Captain Hughs came infront of my cell door stating to me real low fuck boy if you don't drop that dame suit he gone strain my monkey ass up on a rope.

6) The plaintiff is infear of his life; well being and got his cell door jam; afraid if he comes out his cell he gone get beat; sexualy assaulted again by staff, like they did the plaintiff on 12-29-21. Also if I come out this cell I was told that they gone destroy all my property. Further if the plaintiff comes out his cell; they make the attempt to harm me I'm afraid of what I might do off camera, the camera through the defendant agent they are sending their agents to harm; threatening the plaintiff that I might do something I'm gone regret and defend my life.

Lavaros Davis

3-3-22           Santa Rosa Corrections Institution
                 5850 East Milton Road
                 Milton, Fl 32583-7914

LAVAROS DAVIS
  PLAINTIFF

V.

SGT. DANIELS, et al.,

## Declaration in support of Plaintiff Notice to the Courts.

LAVAROS DAVIS DECLARES UNDER PENALTY OF PERJURY

1) THE PLAINTIFF IS IN FEAR OF HIS LIFE & WELL BEING, THE PLAINTIFF ALSO IS FEARFUL TO COME OUT HIS CELL AND HAS HIS DOOR JAM SO HIS DOOR CAN NOT OPEN SO HE CAN'T BE CAUSE ANY HARM.

2) THE PLAINTIFF HAS BEEN THREATEN BY OFFICER BURNNET ON HIS CELL BACK WINDOW, WHEN HE STATED - LOOK HERE YOU STUPID NIGGER DROP YOUR SUIT OR I'M GONE MAKE SURE YOU GO ON LOFT & STRIP AND DESTROY YOUR LEGAL MAIL.
  I HAVE WROTE THIS UP & WAITING ON THE RESPONE TO GIVE THE COURT, THE TIME DUE TO I FORGOT WHAT DAY IT ACTULLY HAPPEN ON BUT IT WAS ON THE BEING OF FEB OF 2022.

3) MARCH 1, 2022 AT BETWEENS THE TIMES OF 9:05 AM & 12:45 PM OFFICER BURNNET CONTINUALY STOP IN FRONT OF MY CELL DOOR AND STARED DIRECTLY AT ME & MUMBIE TO ME SO I CAN ONLY HEAR THAT IF I DON'T DROP MY LAWSUIT HE GONE MAKE SURE I WON'T LEAVE & THEY GONE BURY ME HERE AT SANTA ROSA CI AND I WILL NEVER GO HOME. ALSO WAITING ON THAT RESPONSE TO THAT GRIEVANCE TO.

4) ON MARCH 1, 2022 SERGENT JOHNSON STATED TO ME ON THE SIDE OF MY CELL DOOR AFTER HE REFUSE ME TO FEED MY BDP BAG BREAFAST AFTER HE ATE MY FOOD INFRONT OF

the whole wing between the times of 5:00 AM; 6:30 AM that he gone keep eating my food if I don't drop my suit.

5) Also on March 1, 2022 at Dinner time officer Gonzalez refuse to feed me, then the next day Wednesday March 2, 2022. Gonzalez refuse to feed me again; stated if I don't drop the suit he gone continualy to play with my food. Later on after dinner captain Hughs came infront of my cell door stating to me real low fuck boy if you don't drop that dame suite he gone strain my monkey ass up on a rope.

6) The plaintiff is infear of his life; well being and got his cell door jam; ~~afraid~~ if he comes out his cell he gone get beat; sexualy assaulted again by staff, like they did the plaintiff on 12-29-21.

Also if the plaintiff comes out his cell I was told that they gone destroy all my property. Furthermore if the plaintiff comes out his cell; they make the attempt to harm me I'm afraid of what I might do off camera the defendants are sending threats and ~~harm~~ through their agents to harm me. The plaintiff might do something he might regret and defend my life.

3-3-22
Lavaros Davis
Santa Rosa Corrections Institution
5850 East Milton Road
Milton, Fl

LAMBAS DAVIS M63158
SANTA ROSA CORRECTIONS INSTITUTION
5350 EAST MILTON ROAD
MILTON, Fl 32583-7914

US DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
1 NORTH PALAFOX STREET
PENSACOLA, Fl 32502

LEGAL MAIL

