UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAVAROS DAVIS,

    Plaintiff,

v.                                   Case No. 3:20cv5935-MCR-HTC

SGT. DANIELS, et al.,

    Defendants.

_____/

ORDER

Before the Court is Plaintiff Lavaros Davis' "Notice of Defendants Continually Threatening Me Through Their Co-Workers/Agents." ECF Doc. 60. Due to the nature of Plaintiff's notice, the clerk is directed to send to Walker Clemmons, Warden at Santa Rosa Correctional Institution, 5850 East Milton Road, Milton, FL 32583, courtesy copies of Plaintiff's notice (ECF Doc. 60) and this order, for whatever action may be deemed appropriate in light of Plaintiff's allegations. This is merely a notification to an appropriate official and not a ruling on the merits of the notice. Indeed, other than directing the clerk to send this Order and Plaintiff's notice to the Warden, the Court does not plan to take any other action on the allegations contained in the notice as they are not part of this litigation. Moreover,

Plaintiff is reminded that he *must* exhaust his administrative remedies *before* seeking relief from this Court.

DONE AND ORDERED this 14th day of March, 2022.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**