Lavaros Davis
Plaintiff

v.                              CASE # 3:20-CV-5935-MCR-HTC

SGT. Daniels, et al,
Defendants                      /

FILED USDC FLND PN
MAR 25 '22 PM 1:26 GM

Notice that this institution is intentionaly holding my legal mail delaying my responsives.

1) First & Foremost, I sent a letter to James V. Cook that was stamp of the date 2-22-22, that was pick up & sent to James V. Cook on that date, turns out it was hold.

2) I received a letter from James V. Cook post marked March 14, 2022. Stating, "I don't know why your letter was delayed but I only received it on Friday, the day after your deposition so I was not aware of it in avance. I cannot do anything to undo the deposition (unless I could prove your letter was delayed to prevent my attendance). I am very interested in that scenario where you are clearly requesting to be allowed to submit hand restraints and they are preventing you from doing that. I will see if I can find some way to review the video with you. I have seen that done other places but I'm not sure I could prove it was a custom.

3) IF MY LETTER WAS STAMP WITH THE DATE IT IS SUPPOST TO BE SENT WITH A RED STAMP? MY IN THEN WHY DID HE GET MY LETTER 16 DAYS LATER.

4) I'M WRITING THIS LETTER TO THE COURTS TO INFORM IT THAT IF THERES A RED STAMP WITH MY IN THATS THE DATE THAT MY MAIL WAS PICK UP AND WAS POST TO BE SENT OUT. THIS DONE INTENTIONALY TO GET MY CLAIM THROWN OUT, BY ME NOT ABIE TO RESPONED ONTIME BY THEIR ACTIONS.

5) THE PLAINTIFF DOCUMENTS ALL DATES I RESPONED TO THE COURTS, DEFENDANTS, OR FILED MOTION.

3-21-22
LAVAROS DAVIS.

SEE ATTACH.

 **JAMES V. COOK**
ATTORNEY-AT-LAW

REPLY TO: POST OFFICE BOX 10021
TALLAHASSEE, FLORIDA 32302

(850) 222-8080
FAX: (850) 561-0836

March 14, 2022

Davis, Lavaros, DC#M63150
Santa Rosa Correctional Institution
5850 East Milton Rd.
Milton, Florida 32583-7914

Dear Mr. Davis:

I received your letter postmarked February 22.

I don't know why your letter was delayed but I only received it on Friday, the day after your deposition so I was not aware of it in advance. I cannot do anything to undo the deposition (unless I could prove your letter was delayed to prevent my attendance). I am very interested in that scenario where you are clearly requesting to be allowed to submit to hand restraints and they are preventing you from doing that. I will see if I can find some way to review the video with you. I have seen that done other places but I'm not sure I could prove it was a custom.

I did look at some of your pleadings. I see some defendants have been dismissed, however it looks like you still have three named defendants and three John Does who failed to intervene.

I will try again to see if I can get someone to help.

Sincerely,

*James V. Cook*
James V. Cook
Attorney-at-Law