UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAVAROS DAVIS,

    Plaintiff,

v.                                              Case No. 3:20cv5935-MCR-HTC

SGT. DANIELS, et al.,

    Defendants.

_____/

## **ORDER**

The magistrte judge issued a Report and Recommendation on February 8, 2022. ECF No. 54. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:20cv5935-MCR-HTC

Accordingly, it is **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (ECF No. 54) is adopted and incorporated by reference in this Order.

2. Plaintiff's Request for Temporary Restraining Order and Preliminary Injunction (ECF Docs. 41, 42, 51) be DENIED.

3. The clerk of court is directed to remand this case to the magistrate judge for further pretrial proceedings.

**DONE AND ORDERED** this 22nd day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**