FILED USDC FLND PN
AUG 29 '22 PM2:55

Legal Mail
Provided to Florida State Prison on
9/10 for mailing by [signature]
25

LAVAROS DAVIS
PLAINTIFF

V.     CASE # 3:20-CV-5935-MCR-HTC

SGT. DANIELS, et al.,
DEFENDANTS
/

## NOTICE ASKING THE COURTS FOR LEAVE TO AMEND DOE DEFENDANTS INTO COMPLAINT.

PER RULE 15(a)(2), FED. R. CIV. P., SAYS THE COURTS SHOULD FREELY GIVE LEAVE WHEN JUSTICE REQUIRES.

1) THE PLAINTIFF FILED A COMPLAINT 11-10-20 FOR EXCESSIVE FORCE & DELIBERATE INDIFFERENCE TO THE PLAINTIFF SAFETY AND CONSTITUTIONAL RIGHTS NOT TO BE EXPOSED TO CRUEL AND UNUSUAL PUNISHMENT, AND DELIBERATE INDIFFERENCE

2) THE PLAINTIFF HAVE NOT KNOWN THE DOE DEFENDANTS NAMES AT THE TIME OF THE PLAINTIFF HAD FILE THE COMPLAINT.

3) ON NOVEMBER 8, 2021 PLAINTIFF MAILED HIS FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, REQUESTING IN PRODUCTION NO. 1C NAMES OF THE OTHER MEMBERS OF THAT USE OF FORCE THAT TOOK PLACE ON AUGUST 6, 2020

4) THE PLAINTIFF HAVE WENT BACK IN FORTH ABOUT THE USE OF FORCE DOCUMENTS THAT PLAINTIFF REQUESTED IN REQUEST FOR PRODUCTION OF DOCUMENTS.

5) ON 7-25-22 THE PLAINTIFF HAS FINALY SUCCEFULY BEEN ABLE TO SEND A CHECK OUT HIS ACCOUNT OF $6.40 TO DEFENDANTS. ON 8-24-22 PLAINTIFF HAS FINALY HAVE

GOTTEN THE USE OF FORCE DOCUMENTS PERTAINING THE DOE DEFENDANTS NAMES.

RULE 15(c), FED. R. CIV. P. A NEW CLAIM OR DEFENSE RELATES BACK IF IT AROSE OUT THE CONDUCT, TRANSACTION OR OCCURRENCE SET OUT OR ATTEMPTED TO BE SET IN THE ORIGINAL PLEADING. SEE, e.g., TAPIA-ORTIZ V. DOE, 171 F.3d 150, 152 (2d Cir. 1999) (HOLDING AN AMENDED COMPLAINT ADDING NEW DEFENDANTS CANNOT RELATE BACK IF THE NEWLY-ADDED DEFENDANTS WERE NOT NAMED ORIGINALLY BECAUSE THE PLAINTIFF DID NOT KNOW THIER IDENTITIES) ALSO SEE BARROW V. WETHERSFIELD POLICE DEP'T, 66 F.3d 466, 470 (2d Cir. 1995)

6) THE PLAINTIFF IS REQUESTING 20 DAYS LEAVE TO AMEND DOE DEFENDANTS INTO COMPLAINT.



LANAROS DAVIS
8-24-22

LAVARCS DAVIS DC#M63150
FLORIDA STATE PRISON
P.O. BOX 800
RAIFORD, Fl 32083

Mailed From A State
Correctional Institution

JACKSONVILLE FL

ZIP 32083
02 4W
0000385900 AUG 26 2022
US POSTAGE

US DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
1 NORTH PALAFOX STREET
PENSACOLA, Fl 32502

32502-566659