**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**LAVAROS DAVIS**

      **Plaintiff,**

**v.**                        **Case No.: 3:20cv5935-MCR-HTC**

**MARK S. INCH, et al.**

      **Defendants.**

_____/

**DEFENDANTS' MOTION TO EXCEED WORD LIMIT FOR
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants **Vaughn, Nousiainen, Daniels, and Newcomb** ("Defendants"),
through undersigned counsel, respectfully move for leave to exceed the word limit
proscribed by Northern District Local Rule 7.1(F) for Defendant's Motion for
Summary Judgment (Doc. 90), and provide the following in support of:

**STATEMENT OF FACTS**

1.  Plaintiff is a *pro se* prisoner in the custody of the Florida Department of
    Corrections.  (Doc. 1). [1]  Plaintiff's allegations are based on a use of force
    incident conducted on Plaintiff on August 6, 2020, while he was in custody at
    the Santa Rosa Correctional Institution (SARCI).  (Doc. 1).

---

[1] Each document filed in this case as part of the Electronic Case File will be referenced
as "Doc." followed by the document number.

2.     Defendants filed a Motion for Summary Judgment (Doc. 93). That Motion exceeds the 8000 word limit proscribed by Northern District Local Rule 7.1(F) by a margin of 461 words for a total of 8,461 words throughout the Statement of Material Facts and arguments presented in support of the motion.

3.     Defendants respectfully request that this Court permit Defendants to exceed the word limit and accept Defendants' Motion for Summary Judgment as filed.

## CONCLUSION

Wherefore, for the foregoing reasons, Defendants' respectfully request that this Court grant Defendants leave to exceed the word limit and accept Defendant's Motion as filed (Doc. 93).

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
/s/Ravi N. Sharma
Ravi N. Sharma
Assistant Attorney General
Florida Bar No.:  1019119
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Ravi.Sharma@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been e-filed on August 31, 2022, and furnished by U.S. Mail to: Lavaros Davis, DC#M63150, Santa

Rosa Correctional Institution, 5850 East Milton Road, Milton, Florida 32583-7914, on

September 1, 2022.

/s/ Ravi N. Sharma
Ravi N. Sharma, Esq.