UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAVAROS DAVIS,

    Plaintiff,

v.                        Case No. 3:20cv5935-MCR-HTC

SGT. DANIELS, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 27, 2022 (ECF No. 129). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation (ECF No. 129) is adopted and incorporated by reference in this Order.

2.     Defendants' motion for summary judgment (ECF No. 96) is DENIED IN PART and GRANTED IN PART as follows:

      a.      Judgment is GRANTED with regard to any claim against Defendants in their official capacity.

      b.      Judgment is DENIED as to the Eighth Amendment claims and claims for damages.

3.      This matter is referred to the assigned Magistrate Judge for further pretrial proceedings.

**DONE AND ORDERED** this 11th day of April 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv5935-MCR-HTC