UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAVAROS DAVIS,

   Plaintiff,

v.                                                               Case No. 3:20cv5935-MCR-HTC

SGT. DANIELS, et al.,

   Defendants.
_____/

## ORDER SETTING STATUS CONFERENCE

A telephonic status conference will be held **Tuesday, June 20, 2023, at 11:30 a.m. (CST)** for the purpose of setting pretrial deadlines and setting a trial date. The conference may be accessed by utilizing the following:

   Teleconference Number – (888) 684-8852
   Teleconference Access Code – 7934281#
   Security Code – 062023#

DONE AND ORDERED this 26th day of May, 2023.

                                         */s/ Hope Thai Cannon*
                                         **HOPE THAI CANNON**
                                         **UNITED STATES MAGISTRATE JUDGE**

**NOTE: If you or any party, witness, or attorney in this matter have a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the clerk's office at least one (1) week prior to the hearing (or as soon as possible) so arrangements can be made.**