UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| LAVAROS DAVIS,<br><br>　　　Plaintiff,<br><br>v.<br><br>SGT. DANIELS, *et al.*,<br><br>　　　Defendants. | Case No. 3:20-cv-5935-HTC-[CONSENT] |

**NOTICE OF APPEARANCE AS CO-COUNSEL**

Please take notice that James M. Slater of Slater Legal PLLC appears as co-counsel on behalf of Plaintiff Lavaros Davis. The certificate of service for all pleadings, orders, and other papers in this action should include **James M. Slater** at Slater Legal PLLC, 113 S. Monroe Street, Tallahassee, Florida 32301 and james@slater.legal.

Dated: May 30, 2023.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　*/s/ James M. Slater*
　　　　　　　　　　　　　　　　James M. Slater (FBN 111779)
　　　　　　　　　　　　　　　　SLATER LEGAL PLLC
　　　　　　　　　　　　　　　　113 S. Monroe Street
　　　　　　　　　　　　　　　　Tallahassee, Florida 32301
　　　　　　　　　　　　　　　　james@slater.legal
　　　　　　　　　　　　　　　　Tel.: (305) 523-9023

　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that on May 30, 2023, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: */s/ James M. Slater*
James M. Slater