IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**LAVAROS DAVIS,**
DC# M63150,

    Plaintiff,

v.                                                                  Case No.:  3:20-cv-5935-MCR-HTC

**SGT. DANIELS, et al.,**

    Defendants.
_____/

## NOTICE OF SETTLEMENT

**All named defendants in action** provide notice, through undersigned counsel, that Settlement has been reached in this case, and the documentation is currently being worked on.  Defendants and Plaintiff require thirty (30) days in which to complete the required settlement documentation.  Once the documentation is completed and the terms of the settlement are fulfilled, Plaintiff and Defendants will file a Joint Stipulation of Voluntary Dismissal with Prejudice.

    Respectfully Submitted,

    **ASHLEY MOODY**
    **ATTORNEY GENERAL**
    /s/ Ravi N. Sharma
    Ravi N. Sharma
    Assistant Attorney General

1

Florida Bar No.: 1019119
Office of the Attorney General
The Capitol PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
ravi.sharma@myfloridalegal.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing *Notice of Settlement* was electronically filed with the Clerk of Court and served on all counsel of record using CM/ECF on June 15, 2023.

/s/ Ravi N. Sharma
Ravi N. Sharma, Esq.
