# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**LAVAROS DAVIS**

    **Plaintiff,**

**v.**                                                                  Case No.: 3:20cv5935-MCR-HTC

**MARK S. INCH, et al.**

    **Defendants.**
_____/

## DEFENDANTS' UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

**Defendants Vaughn, Nousiainen, Daniels, and Newcomb** ("Defendants"), through counsel, and pursuant to N.D. Fla. Loc. R. 6.1, hereby respectfully move the Court to continue the status conference scheduled for June 20, 2023, as the parties have agreed to settle the case. (Doc. 149). Defendants state the following in support thereof:

## STATEMENT OF FACTS

1. On May 26, 2023, the Court entered an Order, setting a status conference for Tuesday, June 20, 2023, at 11:30 a.m. (CST) for purposes of setting pretrial deadlines and setting a trial date. (Doc. 145).

2. On June 15, 2023, Defendants filed a Notice to of Settlement, notifying the Court that the parties in this action have agreed to a settlement in this case,

settling all claims between Plaintiff and Defendants, and settling claims by Plaintiff against unserved parties for claims he raised pursuant to his Motion for Order to Show Cause. (Doc(s) 147, 149)

3. Presently, the parties are completing the required settlement documentation. As the settlement negates the necessity of a status conference, to preserve judicial resources, the parties move to continue the status conference as they have agreed to settlement of all claims in this case.

## CONCLUSION

**WHEREFORE**, for the foregoing reasons, Defendants respectfully request the Court continue the status conference as the parties have agreed to settlement in this case.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
/s/Ravi N. Sharma
Ravi N. Sharma
Assistant Attorney General
Florida Bar No.: 1019119
Office of the Attorney General
The Capitol, Suite PL-01
Tallahassee Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Ravi.Sharma@myfloridalegal.com

## CERTIFICATE OF GOOD FAITH CONFERRAL

**I HEREBY CERTIFY** that I have conferred with opposing counsel in good

faith and opposing counsel does not oppose the requested relief.

/s/ Ravi N. Sharma
Ravi N. Sharma, Esq.

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT

**I HEREBY CERTIFY** that the above Motion totals 414 word and does not exceed the 8,000 word maximum pursuant to N.D. Fla. Loc. R. 7.1.

/s/ Ravi N. Sharma
Ravi N. Sharma, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing *Unopposed Motion to Continue Status Conference* has been electronically filed with the Clerk of Court and served on all counsel of record using CM/ECF on June 15, 2023.

/s/ Ravi N. Sharma
Ravi N. Sharma, Esq.