IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAVAROS DAVIS,
DC# M63150,

    Plaintiff,

v.                                Case No.: 3:20-cv-5935-MCR-HTC

SGT. DANIELS, et al.,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**All named defendants in action** and **Lavaros Davis, DC# M63150**, through their respective undersigned counsel, hereby stipulate to dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own fees and costs. The issues between the above parties have been resolved through settlement.

|  |  |
|---|---|
| /s/James V. Cook | Respectfully submitted,<br>**ASHLEY MOODY**<br>**ATTORNEY GENERAL**<br><br>_____ |
| James V. Cook, Esq. | Ravi N. Sharma, Esq. |
| Law Office of James Cook | Assistant Attorney General |
| Florida Bar No. 0666843 | Florida Bar No. 1019119 |
| 314 West Jefferson St. | Office of the Attorney General |
| Tallahassee, Florida 32301 | The Capitol, PL-01 |

1

Telephone (850) 222-8080
cookjv@gmail.com

DATED: July 14, 2023

Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
ravi.sharma@myfloridalegal.com

DATED: July 14, 2023

2